181 So.2d 397

**STATE of Louisiana**

**v.**

**Crowell ANDRUS and Aaron Andrus.**

No. 47996.

Jan. 17, 1966.

In re: Crowell Andrus and Aaron Andrus applying for writs of certiorari, prohibition and review.

The application is denied. Applicants' remedy is to reserve a bill of exceptions to the ruling complained of and to appeal in the event of their conviction.

181 So.2d 398

**Mozel ADAMS**

**v.**

**HOME INDEMNITY COMPANY et al.**

No. 48004.

Jan. 17, 1966.

In re: Mozel Adams applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Acadia. 180 So.2d 51.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.